IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Sellens,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio, et al.,<br><br>　　　　　Defendants. | No. CV15-01300-PHX-SRB (DMF)<br><br>ORDER |

　　　Plaintiff filed his Civil Rights Complaint on July 13, 2015. On August 21, 2015, the Court issued a screening order advising Plaintiff that he "must file and serve a notice of change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure." Plaintiff was further advised that "Failure to comply may result in dismissal of this action." On August 28, 2015 this Order was returned by the Post Office with the notation "Return to Sender No Longer in Custody."

　　　The Magistrate Judge filed her Report and Recommendation on September 17, 2015 recommending that Plaintiff's case be dismissed without prejudice. The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge. The Court notes that Plaintiff's copy of the Report and Recommendation was returned by the Post-Office with the notation "Return to Sender No Longer in Custody."

　　　**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

/ / /

1
2      **IT IS FURTHER ORDERED** dismissing this case without prejudice.
3      **IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.
4
5      Dated this 7th day of October, 2015.
6
7
8                                              _____
9                                              Susan R. Bolton
                                               United States District Judge
10